IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA M. JACOBSON, | No. C 14-01303 DMR (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| STATE OF COLORADO, | |
| Respondent. | |

On March 20, 2014, Petitioner filed a letter with the Court in the instant case, which was opened as a *pro se* habeas corpus action. Dkt. 1. Petitioner did not complete the Court's habeas corpus petition form and did not provide the information the Court needed to adequately review his claims.

On the same day the action was filed, the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward until he filed with the Court a habeas corpus petition form, completed in full. The Clerk also sent another notice directing Petitioner to either pay the filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application form. The Clerk sent Petitioner a blank habeas corpus petition form and an IFP application form, and informed him that he must return the completed forms within twenty-eight days or his action would be dismissed.

On March 26, 2014, the Clerk notified Plaintiff in writing that this matter had been assigned to the undersigned Magistrate Judge.

Petitioner has since filed a completed habeas corpus petition form and his IFP application form. Dkts. 6, 7, 10. Petitioner has also consented to magistrate judge jurisdiction in this action. Dkt. 6 at 11.

The petition alleges that Petitioner is being held without bond at the Eagle County Detention Facility ("ECDF") in Eagle, Colorado. Pet. at 2. Petitioner claims that he was initially charged with "Trespass CRS 18-4-502"[1] in Eagle County Combined Court in the State of Colorado, which is within the venue of the United States District Court for the District of Colorado. *Id.* However, Petitioner claims that he was wrongfully charged because he was "[e]qual partner on property at [the] time in question with rights to full ownership [and] now sole owner with children per County Recorder." *Id.* He claims that the trespass charge was "dismiss[ed] with prejudice" during his court appearance on March 19, 2014. *Id.* at 5. However, Petitioner claims that he is still being held without bond at ECDF, which is also within the venue of the District of Colorado. Venue for a habeas action is proper in the district of confinement. 28 U.S.C. § 2241(d).

Accordingly, this case is TRANSFERRED to the United States District Court for the District of Colorado. *See* 28 U.S.C. § 1404(a). The Clerk shall transfer the case forthwith.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: May 15, 2014

DONNA M. RYU
United States Magistrate Judge

---

[1] Section 18-4-502 of the Colorado Revised Statues ("C.R.S."), First Degree Criminal Trespass - Dwelling, states: "A person commits the crime of first degree criminal trespass if such person knowingly and unlawfully enters or remains in a dwelling of another or if such person enters any motor vehicle with intent to commit a crime therein." C.R.S. § 18-4-502.

P:\PRO-SE\DMR\HC.14\Jacobson1303.Transfer.wpd